DOWON S. KANG, ESQ.
Nevada Bar No. 7042
RASMUSSEN & KANG
330 S. Third St., Suite 1010
Las Vegas, NV 89101
(702) 464-6007
rasmussenkang@gmail.com
Attorney for Plaintiff, Incorp Services, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LEGALZOOM.COM, INC., a Delaware corproation, <br><br> Defendant. | 2:09-cv-00273-RLH-LRL <br><br> **CERTIFICATE AS TO INTERESTED PARTIES** |

The undersigned, counsel of record for INCORP SERVICES, INC., a Nevada corporation, certifies that there are no known interested parties other than those participating in the case.

DATED this 3rd day of March, 2009.

_____
DOWON S. KANG, ESQ.
Nevada Bar No. 7042
RASMUSSEN & KANG
330 S. Third St., Suite 1010
Las Vegas, NV 89101
(702) 464-6007
rasmussenkang@gmail.com
Attorney for Plaintiff

1

Dockets.Justia.com