UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

INCORP SERVICES, INC., a Nevada corporation,

Plaintiff,

vs.

LEGALZOOM.COM, INC., a Delaware corporation,

Defendant(s).

Case # 2:09-cv-273-RLH-LRL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Karl S. Kronenberger, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at San Francisco (city)
   San Francisco (county)   California (state)

2. That Petitioner is an attorney at law and a member of the law firm of Kronenberger Burgoyne LLP with offices at
   150 Post Street, Suite 520 (street address)
   San Francisco (city)   94108 (zip code)   (415) 955-1155 (area code + telephone number)
   karl@kronenbergerlaw.com (Email address)

3. That Petitioner has been retained personally or as a member of the law firm by _____Incorp Services, Inc._____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since _____July 15, 2003_____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of California | Mar 10, 2004 | 226112 |
| Southern District of California | May 13, 2004 | 226112 |
| Central District of California | Dec. 30, 2007 | 226112 |
| Ninth Circuit Court of Appeals | Feb. 6, 2006 | 226112 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

California, Ohio, Georgia, and New York

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF     California      )
COUNTY OF   San Francisco   )

___Karl S. Kronenberger___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
__4__ day of __February__, __2009__.

_____
Notary public or Clerk of Court

LAUREN CAITLIN CREAMER
Commission # 1750542
Notary Public - California
San Francisco County
My Comm. Expires Oct 28, 2012

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Dowon S. Kang___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

330 S. Third Street, Suite 1010, Las Vegas, Nevada 89101
Telephone No. (702) 464-6007

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Dowon S. Kang_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____Tennee Sedlacek, PRESIDENT_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____    Bar No. 7042
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this 3rd day of March, 2009

_____[signature: Roger L. Hunt]_____
CHIEF UNITED STATES DISTRICT JUDGE

5

Rev 07/06