# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

INCORP SERVICES, INC., a Nevada corporation,

Plaintiff,

vs.

LEGALZOOM.COM, INC., a Delaware corporation,

Defendant(s).

Case # 2:09-cv-00273

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Gary L. Bostwick_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Los Angeles_____
(city)
_____Los Angeles County_____, _____California_____
(county)                          (state)

2. That Petitioner is an attorney at law and a member of the law firm of
_____Bostwick & Jassy LLP_____ with offices at
_____12400 Wilshire Boulevard, Suite 400_____,
(street address)
_____Los Angeles_____, _____90025_____, _____(310) 979-6059_____.
(city)                  (zip code)          (area code + telephone number)
_____gbostwick@bostwickjassy.com_____.
*(Email address)*

Dockets.Justia.com

3. That Petitioner has been retained personally or as a member of the law firm by _____LegalZoom.com, Inc._____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since ___12/31/77___, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | 12/31/77 | 79000 |
| United States Court of Appeals Ninth Circuit | 08/13/80 | |
| U.S. District Court for the Central District of California | 02/08/79 | |
| U.S. District Court for the Southern District of California | 06/13/80 | |
| U.S. District Court for the Eastern District of California | 05/15/80 | |
| U.S. District Court for the Northern District of California | 05/13/80 | |
| United States Supreme Court | 02/23/81 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association
California State Bar Association
Los Angeles County Bar Association
American College of Trial Lawyers
Wyoming State Bar, No. 5-2709

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF   California   )
                        )
COUNTY OF  Los Angeles  )

___Gary L. Bostwick___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 12TH day of March, 2009.

_____
Notary public or Clerk of Court

ORIN H. LOWE JR.
Commission # 1648204
Notary Public - California
Los Angeles County
My Comm. Expires Feb 28, 2010

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Will Kemp  , Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Kemp, Jones & Coulthard, LLP
Wells Fargo Tower, 3800 Howard Hughes Parkway, Seventeenth Floor, Las Vegas, NV 89169
Tel: 702-385-6000

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Will Kemp_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____ General Counsel
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  1205
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07.06