**BOSTWICK & JASSY LLP**
Gary L. Bostwick (*pro hac vice* application pending)
   gbostwick@bostwickjassy.com
Jean-Paul Jassy (*pro hac vice* application pending)
   jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel: 310-979-6059
Fax: 310-314-8401

**KEMP, JONES & COULTHARD, LLP**
Will Kemp (Bar No. 1205)
   mlj@kempjones.com
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel: 702-385-6000
Fax: 702-385-6001

Attorneys for Defendant
LegalZoom.com, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>              Plaintiff,<br><br>v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>              Defendant. | Case No. 2:09-CV-00273-RJH-(LRL)<br><br>**DEFENDANT LEGALZOOM.COM, INC'S CERTIFICATE AS TO INTERESTED PARTIES** |

-1-

2:09-CV-00273-RJH-(LRL)      DEFENDANT'S CERTICATE AS TO INTERESTED PARTIES

Dockets.Justia.com

| | |
|---|---|
| 1 | The undersigned, counsel of record for Defendant LegalZoom.com, Inc., certifies pursuant |
| 2 | to Local Rule 7.1-1(b) that there are no known interested parties as defined by the Federal Rules of |
| 3 | Civil Procedure, Rule 7.1, other than those participating in this case. This representation is made |
| 4 | to enable judges of the Court to evaluate possible disqualification or recusal. |

DATED: March 19, 2009

                        **KEMP, JONES & COULTHARD, LLP**

                   By       _/s/ Will Kemp_____
                                     WILL KEMP
                          Attorneys for Defendant LegalZoom.com, Inc.

**BOSTWICK & JASSY LLP**
Gary L. Bostwick (*pro hac vice* application pending)
   gbostwick@bostwickjassy.com
Jean-Paul Jassy (*pro hac vice* application pending)
   jpjassy@bostwickjassy.com
12400 Wilshire Blvd., Suite 400
Los Angeles, California 90025
Tel: 310-979-6059
Fax: 310-314-8401