**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

**Law Offices of Rasmussen & Kang**
Dowon S. Kang (Bar No. 7042) (*Local Counsel*)
330 S. Third Street, Suite 1010
Las Vegas, Nevada 89101
Telephone: (702) 464-6007
Facsimile: (702) 464-6009
rasmussenkang@gmail.com

Attorneys for Plaintiff
INCORP SERVICES, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **INCORP SERVICES, INC.**, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**LEGALZOOM.COM, INC.,** a Delaware corporation**,**<br><br>Defendant. | Case No. 2:09-cv-00273-RLH-LRL<br><br>**PLAINTIFF'S OPPOSITION TO LEGALZOOM.COM, INC.'S MOTION TO DISMISS** |

Case No. 2:09-cv-00273-RLH-LRL        **PLAINTIFF'S OPP. TO LEGALZOOM'S MOT. TO DISMISS**

Defendant LegalZoom.com, Inc.'s motion to dismiss has been mooted by Plaintiff's First Amended Complaint ("FAC"). The issues raised in Defendant's motion are not at issue in the FAC. Accordingly, Plaintiff opposes Defendant's motion as moot.

DATED: April 6, 2009	**KRONENBERGER BURGOYNE, LLP**

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for Plaintiff
Incorp Services, Inc.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com