**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

**Law Offices of Rasmussen & Kang**
Dowon S. Kang (Bar No. 7042) (*Local Counsel*)
330 S. Third Street, Suite 1010
Las Vegas, Nevada 89101
Telephone: (702) 464-6007
Facsimile: (702) 464-6009
rasmussenkang@gmail.com

Attorneys for Plaintiff
INCORP SERVICES, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **INCORP SERVICES, INC.**, a Nevada corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>**LEGALZOOM.COM, INC.,** a Delaware corporation**,**<br><br>    Defendant. | Case No. 2:09-cv-00273-RLH-LRL<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LEGALZOOM.COM, INC.'S MOTION TO TRANSFER VENUE** |

Case No. 2:09-cv-00273-RLH-LRL      **DECL. OF J. ROSENFELD ISO OPP. TO MOTION TO TRANSFER VENUE**

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an associate at the law firm of Kronenberger Burgoyne, LLP, counsel of record for plaintiff Incorp Services, Inc. ("Incorp"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. I reviewed the Federal Judicial Caseload Statistics for the Central District of California and the District of Nevada. The statistics revealed that during the 12-month period ending March 31, 2008, the District of Nevada had 1,721 total cases and the Central District of California had 8,548 total cases. A true and correct copy of the U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases table, located at the U.S. Courts' website at http://www.uscourts.gov/caseload2008/tables/C05Mar08.pdf, was printed on April 6, 2009 and is attached hereto as Exhibit A.

3. On April 6, 2009 I searched the Nevada Secretary of State's website, located at http://sos.state.nv.us/business/, for all companies that use LegalZoom.com as their registered agent in the State of Nevada. The search revealed that 1,185 companies use LegalZoom as their Nevada agent. Attached hereto as Exhibit B is a true and correct printout of these search results, which I printed out from the Nevada Secretary of State's website on April 6, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 6th day of April, 2009, in San Francisco, California.

                                            /s/ Jeffrey M. Rosenfeld

                                            Jeffrey M. Rosenfeld