**KRONENBERGER BURGOYNE, LLP**

Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com

**Law Offices of Rasmussen & Kang**
Dowon S. Kang (Bar No. 7042) (*Local Counsel*)
330 S. Third Street, Suite 1010
Las Vegas, Nevada 89101
Telephone: (702) 464-6007
Facsimile: (702) 464-6009
rasmussenkang@gmail.com

Attorneys for Plaintiff
INCORP SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **INCORP SERVICES, INC.**, a Nevada corporation,<br><br>              Plaintiff,<br><br>        vs.<br><br>**LEGALZOOM.COM, INC.,** a Delaware corporation**,**<br><br>              Defendant. | Case No. 2:09-cv-00273-RLH-LRL<br><br>**PROOF OF SERVICE** |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. 2:09-cv-00273-RLH-LRL                                **PROOF OF SERVICE**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

## PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On April 6, 2009, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendant, LegalZoom.com, Inc.:*

Gary L Bostwick
Bostwick & Jassy LLP
12400 Wilshire Boulevard
Los Angeles, CA 90025
gbostwick@bostwickjassy.com

Will Kemp
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
m.jacobs@kempjones.com

Jean-Paul Jassy
Bostwick & Jassy LLP
12400 Wilshire Boulevard
Suite 400
Los Angeles, CA 90025
jpjassy@bostwickjassy.com

1) **FIRST AMENDED COMPLAINT OF INCORP SERVICES, INC. FOR: (1) TRADE LIBEL (15 U.S.C §1125(a); (2) DEFAMATION; (3) ANTI-COMPETITION (15 U.S.C §1); (4) NEVADA ANTI-COMPETITION (NEV. REV. STAT. 598A.160); (5) INTERFERENCE WITH PROSPECTIVE ECONOMI ADVANTAGES AND DEMAND FOR JURY TRIAL;**
2) **PLAINTIFF'S OPPOSITION TO LEGALZOOM.COM, INC.'S MOTION TO DISMISS;**
3) **PLAINTIFF'S OPPOSITION TO LEGALZOOM.COM, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a);**
4) **DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LEGALZOOM.COM, INC.'S MOTION TO TRANSFER VENUE;**
5) **DECLARATION OF TENNIE SEDLACEK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LEGALZOOM.COM, INC.'S MOTION TO TRANSFER VENUE.**

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: April 6, 2009

*Julie Lockwood*
Julie Lockwood

Case No. 2:09-cv-00273-RLH-LRL                    2                    PROOF OF SERVICE