**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
  gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
  jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel:  310-979-6059
Fax:  310-314-8401

Attorneys for Defendant
LegalZoom.com, Inc.

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

Attorneys for Plaintiff
Incorp Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:09-CV-00273-RJH-(LRL)<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT<br><br>(First Request) |

Plaintiff Incorp Services, Inc. ("Incorp") filed a First Amended Complaint ("FAC") on April 6, 2009.  Incorp and Defendant LegalZoom.com, Inc. ("LegalZoom") hereby

-1-

stipulate that a responsive pleading or motion relating to the FAC may be filed up to and including May 6, 2009.

This is the first extension sought by LegalZoom relating to the FAC.

The extension is sought due to the fact that the FAC alleges new claims for relief under Nevada law which will require review and analysis beyond the 10 days normally allowed within which to respond to an amended complaint. Further, LegalZoom's principal counsel is presently preparing for an argument before the 9th Circuit Court of Appeals and responding in writing to several other matters in the 9th Circuit and California state courts.

DATED: April 7, 2009

**BOSTWICK & JASSY LLP**

By _____
GARY L. BOSTWICK
Attorneys for Defendant LegalZoom.com, Inc.

DATED: April 8, 2009

**KRONENBERGER BURGOYNE, LLP**

By _____
KARL S. KRONENBERGER
Attorneys for Defendant Incorp Services, Inc.

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 10, 2009