**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
　gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
　jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel: 310-979-6059
Fax: 310-314-8401

**KEMP, JONES & COULTHARD, LLP**
Will Kemp (Bar No. 1205) (*Local Counsel*)
　mlj@kempjones.com
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel: 702-385-6000
Fax: 702-385-6001

Attorneys for Defendant
LegalZoom.com, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:09-CV-00273-RJH-(LRL)<br><br>**DECLARATION OF TONY YOUNG IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

## DECLARATION OF TONY YOUNG

I, Tony Young, declare as follows:

1. I am over the age of 18 years. I am Senior Manager, Business Services Customer Support for LegalZoom.com, Inc., a Delaware corporation. I make this Declaration in support of LegalZoom.com, Inc.'s Reply to Plaintiff's Opposition to the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) in the matter of *Incorp Services, Inc. v. LegalZoom.com, Inc.*, U.S. Dist. Ct., D. Nev., Case No. 2:09-CV-00273-RJH-(LRL). I have personal knowledge of the matters set forth below.

2. LegalZoom.com, Inc. does not serve as a registered agent in the State of Nevada, and any entity that states otherwise does so in error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California on April 17, 2009.

_____
Tony Young