**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
  gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
  jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel:  310-979-6059
Fax: 310-314-8401

**KEMP, JONES & COULTHARD, LLP**
Will Kemp (Bar No. 1205) (*Local Counsel*)
  mlj@kempjones.com
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel:  702-385-6000
Fax: 702-385-6001

Attorneys for Defendant
LegalZoom.com, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 2:09-CV-00273-RJH-(LRL)<br><br>**PROOF OF SERVICE** |

-1-

## PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years and not a party to this action. My business address is Bostwick & Jassy LLP, 12400 Wilshire Blvd., Suite 400, Los Angeles, California 90025.

On April 20, 2009, I electronically filed the documents listed below with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiff Incorp Services, Inc.:*

Karl S. Kronenberger
150 Post Street, Suite 520
San Francisco, CA 94108
karl@KBInternetLaw.com

Law Offices of Rasmussen & Kang
Dowon S. Kang
330 S. Third Street, Suite 1010
Las Vegas, NV 89101
rasmussenkang@gmail.com

(1) **DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

(2) **DECLARATION OF TONY YOUNG IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

(3) **DECLARATION OF JEAN-PAUL JASSY WITH EXHIBITS 1-4 IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2009 at Los Angeles, California.

_____
Jean-Paul Jassy