**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
  gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
  jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel:  310-979-6059
Fax:  310-314-8401

Attorneys for Defendant
LegalZoom.com, Inc.

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

Attorneys for Plaintiff
InCorp Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>              Plaintiff,<br><br>  v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>              Defendant. | Case No. 2:09-CV-00273-RJH-(LRL)<br><br>SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT<br><br>(Second Request) |

      Plaintiff Incorp Services, Inc. ("Incorp") filed a First Amended Complaint ("FAC") on April 6, 2009. Incorp and Defendant LegalZoom.com, Inc. ("LegalZoom") hereby

-1-

stipulate that a responsive pleading or motion relating to the FAC may be filed up to and including May 13, 2009.

This is the second extension sought by LegalZoom relating to the FAC. The first stipulation, extending the time to respond to May 6, 2009, was approved by order of the Court on April 10, 2009.

The extension is sought because the parties plan to engage in substantive discussions about the case on May 4, 2009. As a result of those discussions, the issues in this action may change. In order to permit those discussions to proceed without either party incurring potentially unnecessary fees and expenses, LegalZoom and InCorp stipulate that it would be in the interests of the parties and judicial economy for LegalZoom to have an extension until and including May 13, 2009 to answer, move or otherwise respond to the FAC.

DATED: April 30, 2009

**BOSTWICK & JASSY LLP**

By /s/ Gary L. Bostwick
GARY L. BOSTWICK
Attorneys for Defendant LegalZoom.com, Inc.

DATED: April 30, 2009      **KRONENBERGER BURGOYNE, LLP**

By /s/ Karl S. Kronenberger
KARL S. KRONENBERGER
Attorneys for Plaintiff InCorp Services, Inc.

DATED: _____      **IT IS SO ORDERED:**

_____
JUDGE, UNITED STATES DISTRICT COURT