**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
  gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
  jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel:  310-979-6059
Fax:  310-314-8401

Attorneys for Defendant
LegalZoom.com, Inc.

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

Attorneys for Plaintiff
InCorp Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:09-CV-00273-RJH-(LRL)<br><br>THIRD STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT<br><br>(Third Request) |

Plaintiff Incorp Services, Inc. ("Incorp") filed a First Amended Complaint ("FAC") on April 6, 2009. Incorp and Defendant LegalZoom.com, Inc. ("LegalZoom") hereby stipulate that a responsive pleading or motion relating to the FAC may be filed up to and including May 27, 2009.

-1-
THIRD STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT

This is the third extension sought by LegalZoom relating to the FAC. The first stipulation, extending the time to respond to May 6, 2009, was approved by order of the Court on April 10, 2009. The second stipulation, extending the time to respond to May 13, 2009, was approved by order of the Court on May 4, 2009.

This extension is sought because, since the last extension, the parties have made significant progress in attempting to resolve the issues raised in this action, and counsel for the parties represent to the Court that they are highly optimistic that a final resolution will be achieved before May 27, 2009. In order to permit the parties' discussions to proceed without either party incurring potentially unnecessary fees and expenses, LegalZoom and InCorp stipulate that it would be in the interests of the parties and judicial economy for LegalZoom to have an extension until and including May 27, 2009 to answer, move or otherwise respond to the FAC.

DATED: May 11, 2009

**BOSTWICK & JASSY LLP**

By  /s/ Jean-Paul Jassy
JEAN-PAUL JASSY
Attorneys for Defendant LegalZoom.com, Inc.

DATED: May 11, 2009  **KRONENBERGER BURGOYNE, LLP**

By  /s/ Karl S. Kronenberger
KARL S. KRONENBERGER
Attorneys for Plaintiff InCorp Services, Inc.

DATED: _____  **IT IS SO ORDERED:**

JUDGE, UNITED STATES DISTRICT COURT