**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
  gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
  jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel:  310-979-6059
Fax:  310-314-8401

Attorneys for Defendant
LegalZoom.com, Inc.

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

Attorneys for Plaintiff
InCorp Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:09-CV-00273-RJH-(LRL)<br><br>JOINT NOTICE THAT ACTION HAS BEEN RESOLVED |

TO THE HONORABLE COURT:

Plaintiff Incorp Services, Inc. ("Incorp") and Defendant LegalZoom.com, Inc. ("LegalZoom") hereby give notice by and through their respective counsel of record that this action has been resolved. The parties will shortly prepare and file a stipulation of dismissal with prejudice.

DATED: May 27, 2009

**BOSTWICK & JASSY LLP**

By /s/ Jean-Paul Jassy
JEAN-PAUL JASSY
Attorneys for Defendant LegalZoom.com, Inc.

DATED: May 27, 2009 **KRONENBERGER BURGOYNE, LLP**

By /s/ Karl S. Kronenberger
KARL S. KRONENBERGER
Attorneys for Plaintiff InCorp Services, Inc.