**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

**Law Offices of Rasmussen & Kang**
Dowon S. Kang (Bar No. 7042) (*Local Counsel*)
330 S. Third Street, Suite 1010
Las Vegas, Nevada 89101
Telephone: (702) 464-6007
Facsimile: (702) 464-6009
rasmussenkang@gmail.com

Attorneys for Plaintiff
INCORP SERVICES, INC.

**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: (310) 979-6059
Facsimile: (310) 314-8401

Attorneys for Defendant
LEGALZOOM.COM, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **INCORP SERVICES, INC.**, a Nevada corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>**LEGALZOOM.COM, INC.,** a Delaware corporation**,**<br><br>    Defendant. | Case No. 2:09-cv-00273-RLH-LRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS LEGALZOOM.COM, INC. WITH PREJUDICE** |

Case No. 2:09-cv-00273-RLH-LRL      **STIPULATION AND [PROP.] ORDER TO DISMISS WITH PREJUDICE**

1    PLAINTIFF INCORP SERVICES, INC. AND DEFENDANT LEGALZOOM.COM,
2 INC. (COLLECTIVELY "THE PARTIES"), BY AND THROUGH THEIR RESPECTIVE
3 COUNSELS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

4    1) The above-captioned action and all claims against LegalZoom.com, Inc. are
5 dismissed with prejudice.

6    2) Each Party shall bear its own costs, expenses, and attorneys' fees related to
7 this action.

8 **IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

10 DATED: June 2, 2009      DATED: June 2, 2009

12 **KRONENBERGER BURGOYNE, LLP**    **BOSTWICK & JASSY LLP**

14 By: s/ Karl S. Kronenberger      By: s/ Jean-Paul Jassy

Karl S. Kronenberger      Jean-Paul Jassy
KRONENBERGER BURGOYNE, LLP    BOSTWICK & JASSY LLP
150 Post Street, Suite 520      12400 Wilshire Blvd., Suite 400
San Francisco, CA 94108      Los Angeles, CA 90025
Karl@KBInternetLaw.com      jpjassy@bostwickjassy.com

Attorneys for Plaintiff Incorp Services, Inc.    Attorneys for Defendant LegalZoom.com, Inc.

22 **IT IS SO ORDERED:**

24 DATED: _____

                             The Hon. Roger L. Hunt
                             UNITED STATES DISTRICT JUDGE