**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

**Law Offices of Rasmussen & Kang**
Dowon S. Kang (Bar No. 7042) (*Local Counsel*)
330 S. Third Street, Suite 1010
Las Vegas, Nevada 89101
Telephone: (702) 464-6007
Facsimile: (702) 464-6009
rasmussenkang@gmail.com

Attorneys for Plaintiff
INCORP SERVICES, INC.

**BOSTWICK & JASSY LLP**
Gary L. Bostwick (admitted *pro hac vice*)
gbostwick@bostwickjassy.com
Jean-Paul Jassy (admitted *pro hac vice*)
jpjassy@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: (310) 979-6059
Facsimile: (310) 314-8401

Attorneys for Defendant
LEGALZOOM.COM, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **INCORP SERVICES, INC.**, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **LEGALZOOM.COM, INC.,** a Delaware corporation, <br><br> Defendant. | Case No. 2:09-cv-00273-RLH-LRL <br><br> **STIPULATION AND ORDER TO DISMISS LEGALZOOM.COM, INC. WITH PREJUDICE** |

Case No. 2:09-cv-00273-RLH-LRL    **STIPULATION AND [PROP.] ORDER TO DISMISS WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | PLAINTIFF INCORP SERVICES, INC. AND DEFENDANT LEGALZOOM.COM, | |
| 2 | INC. (COLLECTIVELY "THE PARTIES"), BY AND THROUGH THEIR RESPECTIVE | |
| 3 | COUNSELS OF RECORD, HEREBY STIPULATE AS FOLLOWS: | |

1) The above-captioned action and all claims against LegalZoom.com, Inc. are dismissed with prejudice.

2) Each Party shall bear its own costs, expenses, and attorneys' fees related to this action.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

DATED: June 2, 2009                    DATED: June 2, 2009

**KRONENBERGER BURGOYNE, LLP**         **BOSTWICK & JASSY LLP**

By: s/ Karl S. Kronenberger            By:   s/ Jean-Paul Jassy

Karl S. Kronenberger                   Jean-Paul Jassy
KRONENBERGER BURGOYNE, LLP             BOSTWICK & JASSY LLP
150 Post Street, Suite 520             12400 Wilshire Blvd., Suite 400
San Francisco, CA 94108                Los Angeles, CA 90025
Karl@KBInternetLaw.com                 jpjassy@bostwickjassy.com

Attorneys for Plaintiff Incorp Services, Inc.    Attorneys for Defendant LegalZoom.com, Inc.

**IT IS SO ORDERED:**

DATED: June 3, 2009

_____
The Hon. Roger L. Hunt
UNITED STATES DISTRICT JUDGE